IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ANTHONY J. CAMILLO and ANTHONY CAMILLO, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>ANCILLA SYSTEMS, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NUMBER: 03-24-DRH<br>)<br>)<br>)<br>) |

**ORDER**

Before the Court is the defendants' joint motion for leave to file certain documentation relevant to plaintiff Camillo's motion to compel **(Doc. 123)** so that the Court can assess the applicability of te attorney-client privilege and work product doctrine. **(Doc. 130).**

**IT IS HEREBY ORDERED** that the subject motion **(Doc. 130)** is **GRANTED**. On or before **November 11, 2005**, defendants shall file the relevant documentation under seal. For purpose of electronic filing, the sealed documents shall be linked to plaintiff Camillo's motion to compel **(Doc. 123)**.

**IT IS SO ORDERED**.

DATED: November 1, 2005

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE