### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel., ANTHONY J. CAMILLO and )<br>ANTHONY CAMILLO, Individually, )<br>   )<br>   Plaintiff, )<br>   )<br>vs. )<br>   )<br>ANCILLA SYSTEMS, INC., et al. )<br>   )<br>   Defendants. ) | CASE NUMBER:  03-24-DRH |

### ORDER

Before the Court is defendant Kenneth Hall Regional Hospital's motion to strike plaintiff Camillo's reply to its response to Camillo's motion to compel. **(Doc. 135).** Defendant asserts that plaintiff improperly raised a new argument in his reply, asserting waiver. Also before the Court are plaintiff's reply and defendant's response.

The Court considers defendant's motion little more than an improper sur-reply in disguise, which only served to generate another full round of argument on the same issues raised by plaintiff's motion to compel. Therefore, defendant's motion to strike will be denied. The parties should rest assured that the Court can separate the wheat from the chaff. The motion to compel will be decided upon receipt of certain documents defendant has been ordered to file under seal.

**IT IS THEREFORE ORDERED** that defendant Kenneth Hall Regional Hospital's motion to strike **(Doc. 135)** is **DENIED**.

**IT IS SO ORDERED**.

DATED: November 1, 2005

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE