IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ex rel., **ANTHONY J. CAMILLO** and **ANTHONY CAMILLO, Individually**, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NUMBER: **03-24-DRH** ) |
| **ANCILLA SYSTEMS, INC., et al.**, | ) ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant Ancilla System's motion to compel plaintiff Camillo to respond to three interrogatories propounded on or about March 8, 2006. **(Doc. 204).** Plaintiff had objected that the defendants had exceeded the 25 interrogatory limit prescribed by Federal Rule of Civil Procedure 33. Ancilla contends that the Rule 33 limit is applied to each defendant individually, not all defendants combined. Ancilla acknowledges filing 12 interrogatories jointly with the co-defendant Hospital, but asserts it has submitted only a total of 16.

Plaintiff responds that the interrogatories jointly submitted with the Hospital contained 46 subparts. Plaintiff also takes issue with the fact the interrogatories at issue are "supplemental" interrogatories. **(Doc. 212).**

Plaintiff did not object or file a motion challenging the 12 interrogatories– with or without subparts– jointly submitted by the defendants. It is now too late to raise such an objection. Plaintiff's assertion that supplemental interrogatories are not permitted is unfounded and simply incorrect.

**IT IS THEREFORE ORDERED** that defendant Ancilla's motion to compel **(Doc. 204)**

is **GRANTED**.  On or before **May 26, 2006**, plaintiff Camillo shall respond to defendant Ancilla's March 8, 2006, interrogatories.

**IT IS SO ORDERED.**

**DATED: May 18, 2006**         s/ Clifford J. Proud
                                **CLIFFORD J. PROUD**
                                **U. S. MAGISTRATE JUDGE**