IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> **ex rel., ANTHONY J. CAMILLO and** ) <br> **ANTHONY CAMILLO, Individually**, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **ANCILLA SYSTEMS, INC., et al.**, ) <br> ) <br> Defendants. ) | CASE NUMBER: **03-24-DRH** |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant Kenneth Hall Regional Hospital's motion to compel plaintiff Camillo to turnover legible copies of 71 pages of tax records faxed by plaintiff's counsel on or about March 17, 2006. **(Doc. 205).** Plaintiff's counsel responds that legible copies have now been transmitted. **(Doc. 211).**

**IT IS THEREFORE ORDERED** that defendant's motion to compel **(Doc. 205)** is **DENIED AS MOOT**.

IT IS SO ORDERED.

DATED: May 18, 2006         s/ Clifford J. Proud
                            **CLIFFORD J. PROUD**
                            **U. S. MAGISTRATE JUDGE**