IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **ex rel., ANTHONY J. CAMILLO and** | ) | |
| **ANTHONY CAMILLO, Individually**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. **03-024-DRH** |
| | ) | |
| **ANCILLA SYSTEMS, INC., et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is defendant Kenneth Hall Regional Hospital's Motion to Quash

Plaintiff's Subpoena.  **(Doc. 223)**.

The attorney for defendant has orally informed the Court that the parties have worked out

an agreement with regard to the issues raised in the motion.  The Court appreciates the parties'

diligence and cooperation in working out their differences.

Defendant Kenneth Hall Regional Hospital's Motion to Quash Plaintiff's Subpoena

**(Doc. 223)** is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATE:  June 7, 2006.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**

1