IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
ex rel., ANTHONY J. CAMILLO and
ANTHONY CAMILLO, Individually,

Plaintiff,

v.

ANCILLA SYSTEMS, INC., d/b/a
ST. MARY'S HOSPITAL OF
EAST ST. LOUIS and ST. MARY'S
HOSPITAL OF EAST ST. LOUIS, INC.,
n/k/a KENNETH HALL REGIONAL
HOSPITAL, INC.,

Defendants.                                          No. 03-CV-0024-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant Kenneth Hall Regional Hospital's motion for leave to file an oversized brief (Doc. 232). Said motion is **GRANTED** but not to exceed twenty-eight pages.

**IT IS SO ORDERED.**

Signed this 5th day of July, 2006.

/s/     David   RHerndon
**United States District Judge**