IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
ex rel., ANTHONY J. CAMILLO and
ANTHONY CAMILLO, Individually,

**Plaintiff,**

v.

ANCILLA SYSTEMS, INC., d/b/a
ST. MARY'S HOSPITAL OF
EAST ST. LOUIS and ST. MARY'S
HOSPITAL OF EAST ST. LOUIS, INC.,
n/k/a KENNETH HALL REGIONAL
HOSPITAL, INC.,

**Defendants.**                                                   No. 03-CV-0024-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiff's motion for order placing certain exhibits under seal (Doc. 231). Plaintiff requests that the Court place under seal Exhibit B to Plaintiff's motion for summary judgment and the memo in support of summary judgment because these documents could be protected by HIPPA regulations. The Court **DENIES** Plaintiffs' motion. While a district court may issue a protective order sealing a document, it may do so only on a showing of good cause. **FED.R.CIV.P. 26(c)**; *see also Seattle Times Co. v. Rhinehart*, 467 U.S. 20 (1984); *Worrell Newspapers of Indiana, Inc. v. Westhafer*, 739 F.2d 1219, 1224 n.4 (7th Cir. 1984). Here, Plaintiff has not explained specifically how these

documents are protected by HIPPA.  Further, the information that Plaintiff seeks to have sealed seems to be a small portion of what is intended to be concealed by this motion to seal. The Court **ALLOWS** Plaintiff leave to file another motion for protective order that properly addresses the provisions of **Rule 26(c)** and that does not ignore this Court's role and duty in issuing protective orders.

    **IT IS SO ORDERED.**

Signed this 6th day of July, 2006.

                                             /s/        David    RHerndon
                                            **United States District Judge**