## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA, ex rel.**
**ANTHONY J. CAMILLO and**
**ANTHONY CAMILLO, Individually,**

**Plaintiff,**

**v.**

**ANCILLA SYSTEMS, INC., and**
**ST. MARY'S HOSPITAL OF EAST**
**ST. LOUIS, INC. n/k/a KENNETH HALL**
**REGIONAL HOSPITAL, INC.,**

**Defendants.**                                          **No. 03-024-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is Defendants' Motion for an Extension of Time to file a response to Plaintiff's Motion for Summary Judgment.  (Doc. 246.)  The Court **GRANTS** this motion (Doc. 246), and **EXTENDS** Defendants' time to file a response until August 25, 2006.

**IT IS SO ORDERED.**

Signed this 15th day of August, 2006.

/s/        David  RHerndon
**United States District Judge**