## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA, ex rel.**
**ANTHONY J. CAMILLO and**
**ANTHONY CAMILLO, Individually,**

**Plaintiff,**

**v.**

**ANCILLA SYSTEMS, INC., and**
**ST. MARY'S HOSPITAL OF EAST**
**ST. LOUIS, INC. n/k/a KENNETH HALL**
**REGIONAL HOSPITAL, INC.,**

**Defendants.**                                                    **No. 03-024-DRH**

### <u>ORDER</u>

**HERNDON, District Judge:**

Before the Court is Plaintiff's Stipulation regarding St. Mary's Hospital's

Motion for Summary Judgment (Doc. 251); Plaintiff's Stipulation of Dismissal (as to

Counts I, II, and III) (Doc. 252); and Plaintiff's Stipulation of Dismissal (as to Counts

IV and V) (Doc. 253).  The parties have advised the Court that they have agreed upon

a settlement proposal.  Per the Court's order on December 4, 2003 (Doc. 14), the

Court **DIRECTS** the United States to contact the parties to learn of the details of the

proposed settlement and to advise the Court if it consents to the settlement.

**IT IS SO ORDERED.**

Signed this 11th day of September, 2006.

/s/          David    RHerndon
**United States District Judge**