IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**UNITED STATES OF AMERICA, ex rel.**
**ANTHONY J. CAMILLO and**
**ANTHONY CAMILLO, Individually,**

**Plaintiff,**

**v.**

**ANCILLA SYSTEMS, INC., and**
**ST. MARY'S HOSPITAL OF EAST**
**ST. LOUIS, INC. n/k/a KENNETH HALL**
**REGIONAL HOSPITAL, INC.,**

**Defendants.**                                                              No. 03-024-DRH


## ORDER

**HERNDON, District Judge:**

　　　　Before the Court is the United States of America's Motion for Extension of Time. (Doc. 255.) The United States filed this motion pursuant to an order by this Court directing that the United States contact the parties involved in this matter to learn the details of the proposed settlement and advise the Court whether it consented to the terms of the settlement. (Doc. 254.) The Court has been advised that the parties are still attempting to resolve some issues with the settlement and, therefore, the United States requires more time. Therefore, the Court **GRANTS** this

1

motion (Doc. 255) and **DIRECTS** the United States to notify the Court by October 23, 2006 as to whether it consents to the settlement proposal.

**IT IS SO ORDERED.**

Signed this 25th day of September, 2006.

<u>/s/         David    RHerndon</u>
**United States District Judge**