IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, ex rel.
ANTHONY J. CAMILLO and
ANTHONY CAMILLO, Individually,

Plaintiff,

v.

ANCILLA SYSTEMS, INC., and
ST. MARY'S HOSPITAL OF EAST
ST. LOUIS, INC. n/k/a KENNETH HALL
REGIONAL HOSPITAL, INC.,

Defendants.                                               No. 03-024-DRH

**ORDER**

**HERNDON, District Judge:**

Before the Court is the United States of America's Second Motion for Extension of Time. (Doc. 257.)  The United States filed this motion pursuant to an order by this Court directing that the United States contact the parties involved in this matter to learn the details of the proposed settlement and advise the Court whether it consented to the terms of the settlement. (Doc. 254.)  The Court has been advised that the parties are still attempting to resolve some issues with the settlement and that the United States requires more time to review documents

1

submitted by the parties.  Therefore, the Court **GRANTS** this motion (Doc. 257) and **DIRECTS** the United States to notify the Court by November 22, 2006 as to whether it consents to the settlement proposal.

**IT IS SO ORDERED.**

Signed this 23rd day of October, 2006.

<u>/s/        David   RHerndon</u>
**United States District Judge**