IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
ex rel., **ANTHONY J. CAMILLO** and
**ANTHONY CAMILLO, Individually,**

**Plaintiff,**

v.

**ANCILLA SYSTEMS, INC., d/b/a
ST. MARY'S HOSPITAL OF
EAST ST. LOUIS and ST. MARY'S
HOSPITAL OF EAST ST. LOUIS, INC.,
n/k/a KENNETH HALL REGIONAL
HOSPITAL, INC.,**

**Defendants.**                                              No. 03-CV-0024-DRH

<u>**ORDER**</u>

**HERNDON, District Judge:**

On February 23, 2007, the Court held a hearing regarding the pending settlement in this matter, to which the Government filed an objection (Doc. 259). Based on the argument during the hearing, the Court finds that the settlement is fair and reasonable. Thus, pursuant to Plaintiff's September 7, 2006, stipulation (Doc. 251), the Court **GRANTS** in part Defendant's motion for summary judgment on Counts II and III of the Fifth Amended Complaint (Doc. 226) and **DENIES** as moot Plaintiff's motion for summary judgment (Doc. 229). Also pursuant to Plaintiff's September 7, 2006 stipulation for dismissal (Doc. 252), the Court **DISMISSES with prejudice** Count I of the Fifth Amended Complaint. Further, the Court **DISMISSES with prejudice** Counts IV and V of the Fifth Amended Complaint pursuant to

Plaintiff's September 8, 2006 stipulation for dismissal (Doc. 253). In light of these rulings, the Court finds the Governments objections **moot**. Lastly, the Court **DENIES as moot** Defendant's motion to strike (Doc. 233) and Defendant Ancilla Systems' motion for summary judgment (Doc. 227). The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

    **IT IS SO ORDERED.**

    Signed this 5th day of March, 2007.

    /s/      David   RHerndon
**United States District Judge**