# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
ex rel., **ANTHONY J. CAMILLO** and
**ANTHONY CAMILLO, Individually,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　NO. 03-CV-0024-DRH

**ANCILLA SYSTEMS, INC., d/b/a
ST. MARY'S HOSPITAL OF
EAST ST. LOUIS and ST. MARY'S
HOSPITAL OF EAST ST. LOUIS, INC.,
n/k/a KENNETH HALL REGIONAL
HOSPITAL, INC.,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Stipulations filed by the parties.

**IT IS ORDERED AND ADJUDGED** that Counts I, IV, and V of the Fifth Amended Complaint are **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Hall's motion for summary judgment on Counts II and III of the Fifth Amended Complaint is **GRANTED** and Plaintiff's motion for summary judgment is **DENIED** as moot.------------------------------------------

                                         **NORBERT G. JAWORSKI, CLERK**

March 13, 2007　　　　　　　　　BY:   /s/Patricia Brown
                                                     Deputy Clerk

APPROVED:/s/     David   RHerndon
          **U.S. DISTRICT JUDGE**